FORM FOR MOTIONS UNDER 28 U.S.C. §2255

United . . . District Court
Sou . . . . . . . Texas
. . . . . .

NOV 1 3 2001

Michael N. Milby
Clerk of Court

**Name** ___JOSE ANTONIO SALDIVAR -GONZALEZ_____

B-01-189

**Prison Number** ___FED. REG. NO.  68132-079_____

**Place of Confinement** ___BIG SPRING CORRECTIONAL CENTER,  INTERSTATE UNIT  1801 W. I-20   BIG SPRING, TX. 79720___

United States District Court ___SOUTHERN___ District of ___TEXAS___

Case No. ___CR-B-99-417_____ (to be supplied by Clerk of Court)

United States, ___OF AMERICA___

v.

___JOSE ANTONIO SALDIVAR -GONZALEZ_____
(full name of movant)

(If movant has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY
A PERSON IN FEDERAL CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This motion must be legibly handwritten or typewritten, signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they shoud be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to

the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the <u>original</u> <u>and</u> <u>two</u> <u>copies</u> must be mailed to the Clerk of the United States District Court whose address is _105 FEDERAL BUILDING  500 EAST. 10th . BROWNSVILLE, TEXAS. 78520_

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. BROWNSVILLE DIV_

2. Date of judgment of conviction _MARCH  1, 2000_

3. Length of sentence _77 months_      Sentencing Judge _____

4. Nature of offense or offenses for which you were convicted _____
   _Unlawfully entering into the United States in violation of 8 U.S.C. 1326_
   _____
   _____
   _____

5. What was your plea?  (Check one)
   (a)  Not guilty  ( )
   (b)  Guilty  (x)
   (c)  Nolo contendere  ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

2

6. Kind of trial: (check one)
   (a) Jury  (  )
   (b) Judge only  (  )

7. Did you testify at the trial?  Yes  (  )   No  (  )

8. Did you appeal from the judgment of conviction?  Yes  (xx)   No  (  )

9. If you did appeal, answer the following:
   (a) Name of court  U.S. COURT OF APPEALS FOR THE FIFTH CIRCUIT
   (b) Result  CONVICTION AFFIRME
   (c) Date of result  N/A

10. Other than a direct appeal from the judgment of conviction and sentence,
    have you previously filed any petitions, applications or motions with respect
    to this judgment in any federal court?  Yes  (xx)   No  (  )

11. If your answer to 10 was "yes," give the following information:
    (a) (1) Name of court  UNITED STATES SUPREME COURT
        (2) Nature of proceeding  CERTIORARY

        (3) Grounds raised   FAULTY INDICTMENT



        (4) Did you receive an evidentiary hearing on your petition, appli-
            cation or motion?  Yes  (  )   No  (XX)
        (5) Result  CERTIORARY DENIED
        (6) Date of result
    (b) As to any second petition, application or motion give the same
        information:
        (1) Name of court   NONE
        (2) Nature of proceeding

        (3) Grounds raised



        (4) Did you receive an evidentiary hearing on your petition, appli-
            cation or motion?  Yes  (  )   No  (  )
        (5) Result
        (6) Date of result
    (c) As to any third petition, application or motion, give the same
        information:
        (1) Name of court

(2)  Nature of proceeding _____

(3)  Grounds raised _____
_____
_____
_____
_____
_____
_____
_____

(4)  Did you receive an evidentiary hearing on your petition, appli-
     cation or motion?  Yes ( )  No ( )

(d)  Did you appeal, to an appellate federal court having jurisdiction, the
     result of action taken on any petition, application or motion?
     (1)  First petition, etc.      Yes ( )  No ( )
     (2)  Second petition, etc.     Yes ( )  No ( )
     (3)  Third petition, etc.      Yes ( )  No ( )

(e)  If you did not appeal from the adverse action on any petition,
     application or motion, explain briefly why you did not:

_____
_____
_____
_____
_____
_____

12.  State concisely every ground on which you claim that you are being held
     unlawfully.  Summarize briefly the facts supporting each ground.  If
     necessary, you may attach pages stating additional grounds and facts support-
     ing same.

     CAUTION:  If you fail to set forth all grounds in this motion, you may be
               barred from presenting additional grounds at a later date.

     For your information, the following is a list of the most frequently raised
     grounds for relief in these proceedings.  Each statement preceded by a
     letter constitutes a separate ground for possible relief.  You may raise any
     grounds which you have other than those listed.  However, you should raise
     in this motion all available grounds (relating to this conviction) on which
     you base your allegations that you are being held in custody unlawfully.

     If you select one or more of these grounds for relief, you must allege facts
     in support of the ground or grounds which you choose.  Do no check any of
     the grounds listed below.  The petition will be returned to you if you
     merely check (a) through (j) or any one of these grounds.

          (a)  Conviction obtained by plea of guilty which was unlawfully induced
               or not made voluntarily or with understanding of the nature of the
               charge and the consequences of the plea.
          (b)  Conviction obtained by use of coerced confession.
          (c)  Conviction obtained by use of evidence gained pursuant to an
               unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

NOTE: If Petitioner asserts denial of effective assistance of counsel (ground "i"), he <u>must</u> describe with particularity the factual basis for his claim (e.g., lawyer failed to raise insanity defense), <u>and</u> he must describe the prejudice allegedly suffered as a result of the denial of effective assistance of counsel (e.g., convicted of crime that Petitioner lacked the mental capacity to commit).

A.  Ground one:  INEFFECTIVE ASSISTANCE OF COUNSEL
   IN VIOLATION OF THE SIXTH AND FIFTH AMENDMENT OF THE U.S. CONSTITUTION
   Supporting FACTS (tell your story <u>briefly</u> without citing cases or law):
   THE FAILURE OF REPRESENTING COUNSEL TO EFFECTIVELY OBJECT TO THE
   P.S.I. CONSTITUTES  INEFFECTIVE ASSISTANCE , SINCE  MOVANT CLEARLY
   MEETS CERTAIN CRITERIA FOR DOWNWARD DEPARTURE BASED ON ALIEN STATUS.

   SEE MEMORANDUM OF LAW IN SUPPORT

B.  Ground two:  CONSTITUTIONAL VIOLATION
   AT SENTENCING
   Supporting FACTS (tell your story <u>briefly</u> without citing cases of law):
   BASED ON NEW AMENDMENTS TO THE UNITED STATES SENTENCING GUIDELINES
   A DOWNWARD DEPARTURE MUST BE MADE, AS STATED IN U.S.S.G.
   1B1.10
   SEE MEMORANDUM OF LAW IN SUPPORT

C.   Ground three: _____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.   Ground four: _____

Supporting FACTS (tell your story <u>briefly</u> without citing cases or law): _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C and D were not previously pre-
     sented, state <u>briefly</u> what grounds were not so presented, and give your
     reasons for not presenting them: _____
     _____DUE TO THE INEFFECTIVE ASSISTANCE OF COUNSEL_____
     _____
     _____
     _____
     _____
     _____

14.  Do you have any petition or appeal now pending in any court as to the
     judgment under attack?  Yes  (  )   No  (XX)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____

    (b) At arraignment and plea _____

    (c) At trial _____

    (d) At sentencing _____

    (e) On appeal _____

    (f) In any post-conviction proceeding _____

    (g) On appeal from any adverse ruling in a post-conviction proceeding

    _____    _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ( )   No (xx)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?   Yes ( )   No (XX)
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    _____    _____

    (b) And give date and length of sentence to be served in the future: _____

    _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ( )   No ( )

    Wherefore, movant prays that the court grant him all relief to which he may be entitled in this proceeding.

    Executed at 1801 West W-I-20 Big Spring, TX 79720-0227
    _____
                    City, County, State

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on _____
                                        (Date) 10-19-2001

                            Jose Antonio Saldivar
                            _____
                                Signature of Movant