4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT COURT
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

JOSE ANTONIO SALDIVAR-GONZALEZ  *

VS                              *       C.A. NO. B-01-189

UNITED STATES OF AMERICA        *       (Cr. No. B-99-417)


## O R D E R


The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section

2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **March 6, 2002**.

Said response shall include the transcript of the trial/plea record.

DONE at Brownsville, Texas, this 4th day of January 2002.



Felix Recio
United States Magistrate Judge