9

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOSE ANTONIO SALDIVAR-GONZALEZ, | § |
| Petitioner, | § |
| | § |
| v. | § |
| | § |
| UNITED STATES OF AMERICA, | § |
| Respondent. | § |

CIVIL ACTION NO. B-01-189
CRIMINAL NO. B-99-417

## ORDER

Before the Court is the Magistrate Judge's Amended Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Amended Report and Recommendation is hereby ADOPTED. The Petitioner's Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 is hereby DENIED.

DONE at Brownsville, Texas this _20_ day of _August_, 2002.

_____
Hilda Tagle
United States District Judge

10